UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KADAJIA HICKMAN,<br><br>         Plaintiff,<br><br>   -against-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>         Defendant. | 23-CV-2050 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the May 9, 2023, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: May 9, 2023
     New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
                Chief United States District Judge